```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569
     Facsimile: (213) 894-7177
     E-mail: Victor.Rodgers@usdoj.gov
```

JS-6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 13-00310-RGK(MRWx) |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $54,400.00 IN U.S. CURRENCY, | |
| Defendant. | |
| VIOLETA ATIGA, | |
| Claimant. | |

On or about March 6, 2013, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a First Amended Complaint for Forfeiture

alleging that the defendant $54,400.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

Claimant Violeta Atiga ("Claimant") filed a claim to the defendant currency on or about August 9, 2013 and an answer to the First Amended Complaint for Forfeiture on or about June 27, 2013.  In the claim filed by Claimant on or about August 9, 2013, Rolando Lodevico Atiga waived any and all right to the defendant currency and averred that Claimant was the sole and lawful owner of the defendant currency.  No other parties have appeared in this case and the time for filing claims and answers has expired.

The government and Claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   The Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.   The First Amended Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

3.   Notice of this action has been given as required by law.  No appearances have been made in the litigation by any person other than Claimant.  The Court deems that all other

potential claimants admit the allegations of the First Amended Complaint for Forfeiture to be true.

4.   The sum of $30,000.00 only (without interest) shall be returned to Claimant.  The remainder of the defendant currency (i.e., $24,400.00), plus the interest earned by the United States of America on the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5.   The funds to be returned to Claimant pursuant to paragraph 4 above shall be paid to Claimant by electronic transfer directly into the client trust account of Claimant's attorneys of record in this case.  Claimant (through Claimant's attorney of record) shall provide all information and complete all documents requested by the United States of America in order for the United States of America to complete the transfer including, without limitation, Claimant's social security and taxpayer identification numbers (if any), Claimant's attorney of record's taxpayer identification number, and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the attorney-client trust account to which the transfer of funds is to be made.

6.   Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any

1  state or local governmental or law enforcement agency involved
2  in the investigation or prosecution of this matter, from any and
3  all claims, actions or liabilities arising out of or related to
4  this action, including, without limitation, any claim for
5  attorney fees, costs and interest, which may be asserted by or
6  on behalf of Claimant, whether pursuant to 28 U.S.C. § 2465 or
7  otherwise.

8     7. The Court finds that there was reasonable cause for
9  the seizure of the defendant currency and institution of these
10 proceedings. This judgment shall be construed as a certificate
11 of reasonable cause pursuant to 28 U.S.C. § 2465.

12    8. The Court further finds that Claimant did not
13 substantially prevail in this action, and the parties hereto
14 shall bear their own attorney fees and costs.

Dated: February 16, 2017

*/s/ Gary Klausner*
_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

<pre>
 1                              CONSENT
 2       The parties hereto consent to the above consent judgment of
 3  forfeiture and waive any right of appeal.
 4  Dated: February 10, 2017        EILEEN M. DECKER
                                    United States Attorney
 5                                  LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
 6                                  Chief, Criminal Division
                                    STEVEN R. WELK
 7                                  Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
 8
 9                                  /s/ Victor A. Rodgers          _
                                    VICTOR A. RODGERS
10                                  Assistant United States Attorney
                                    Asset Forfeiture Section
11
                                    Attorneys for Plaintiff
12                                  UNITED STATES OF AMERICA
13
    Dated: February 10, 2017        LAW OFFICES OF GARY A. LAFF
14
15
                                    By: Gary A. Laff
16                                      GARY A. LAFF

17                                  Attorneys for Claimant
                                    VIOLETA ATIGA
</pre>